UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 28, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOHN P. GRAY,

       Defendant.

Case Nos. 2:17-po-474-CKD; 2:17-po-475-CKD;
2:18-po-173-CKD; 2:18-po-174-CKD and
2:18-po-287-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN P. GRAY ,
Case Nos. 2:17-po-474-CKD; 2:17-po-475-CKD; 2:18-po-173-CKD; 2:18-po-174-CKD and
2:18-po-287-CKD, Charges 38 CFR 1.218(b)(16), 38 CFR 1.218(b)(11), from custody. for the followi

Issued at Sacramento, California at 12:22 p.m.

Dated:  July 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE